UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

W.B., a minor child by and through his father and legal guardian, David B., and A.W., a minor child by and through her mother and legal guardian, Brittany C., on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.   Case No.   3:21-cv-771-MMH-PDB

JASON WEIDA, in his official capacity as Interim Secretary for the Florida Agency for Health Care Administration,

    Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on the Joint Motion to Stay Proceedings (Dkt. No. 76; Motion) filed on January 19, 2023.  In the Motion, the parties request that this case be stayed for 90 days while the Florida Agency for Health Care Administration engages in rulemaking that affects this case and so that the parties may conduct a mediation in this matter.  See generally Motion.  After due consideration, it is

**ORDERED:**

1. The Joint Motion to Stay Proceedings (Dkt. No. 76) is **GRANTED**.

2. This case is **STAYED** until **April 20, 2023**.

3. The Clerk of the Court is directed to administratively close the case until further Order of the Court.

4. While the case is stayed, the parties are ordered to participate in a mediation and must promptly advise the Court of the outcome of the mediation.

5. No later than **April 20, 2023**, the parties shall file a joint notice advising the Court of how they intend to proceed.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of January, 2023.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record