**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

W.B., by and through his father and legal guardian David B., and A.W., by and through her mother and legal guardian, Brittany C., on behalf of themselves and all others similarly situated,

       Plaintiffs,

v.

JASON WEIDA, in his official capacity as Secretary for the FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

       Defendant.
_____/

Case No.: 3:21-cv-771-MMH-PDB

**JOINT MOTION TO SUBSTITUTE MEDIATOR**

Plaintiffs, W.B., by and through his father and legal guardian, David B., and A.W., by and through her mother and legal guardian, Brittany C., and Defendant, Jason Weida, in his official capacity as Interim Secretary of Florida's Agency for Health Care Administration, by and through their respective counsel, file this joint motion to substitute mediators.

On September 22, 2021, at the request of the parties as set forth in their Case Management Report, the Court named Buddy Schulz, Jr. as the mediator for this matter. The parties have recently jointly agreed to mediate this case on March 20,

2023, with Jason O'Steen[1] of O'Steen and O'Steen P.L., and have notified Mr. Schulz regarding the same.

**WHEREFORE**, the parties respectfully request that the Court enter an order substituting mediator, Jason O'Steen, for mediator Buddy Schulz, Jr.

Respectfully submitted this 27th day of January 2023.

| FOR THE PLAINTIFFS, | FOR THE DEFENDANT, |
|---|---|
| _/s/ Katherine DeBriere_ | _/s/Erik M. Figlio_ |
| Counsel for Plaintiffs | ERIK M. FIGLIO |
| KATHERINE DEBRIERE | Florida Bar No.: 0745251 |
| Fla. Bar No.: 58506 | ALEXANDRA E. AKRE |
| Florida Health Justice Project | Florida Bar No.: 0125179 |
| 126 W. Adams Street | Ausley McMullen |
| Jacksonville, FL 32202 | 123 South Calhoun Street (32301) |
| debriere@floridahealthjustice.org | Post Office Box 391 |
| | Tallahassee, Florida  32302 |
| | Phone No.:  (850) 224-9115 |
| | Facsimile No.:  (850) 222-7560 |
| | rfiglio@ausley.com |
| | aakre@ausley.com |
| | csullivan@ausley.com |
| | nestes@ausley.com |

---

[1] Mr. O'Steen is not currently listed on the United States District Court, Middle District of Florida's court-certified mediators list but has previously mediated cases filed in the Middle District of Florida and has a pending application for certification.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January 2023, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel or record.

>	*/s/ Katy DeBriere*
> Katherine DeBriere
> Lead Counsel
>
> Fla. Bar No.: 58506
> **Florida Health Justice Project**
> 126 W. Adams Street
> Jacksonville, FL 32202
> Telephone: (904) 356-8371, ext. 333
> Facsimile: (904) 356-8780
> debriere@floridahealthjustice.org