UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

W.B., by and through his father and legal guardian David B., and A.W., by and through her mother and legal guardian, Brittany C., on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

JASON WEIDA, in his official capacity as Secretary for the FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

      Defendant.
_____/

Case No.: 3:21-cv-771-MMH-PDB

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE the parties will convene for mutually initiated mediation proceedings on Monday, March 20th at 9 a.m. by Zoom. The assigned mediator is Jason O'Steen, O'Steen & O'Steen, P.L., Attorneys and Mediators, 2900 E. Park Ave., Tallahassee, Florida 32301. The mediation is scheduled for the entire day.

Respectfully submitted on this the 22nd day of February 2023.

                              */s/ Katy DeBriere*
                              Katherine DeBriere

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished using the CM/ECF system which will send a notice of electronic filing to all counsel or record on this the 22nd day of February 2023.

*s/Katy DeBriere*
Katy DeBriere
