UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

W.B., a minor child by and through his father and legal guardian, David B., and A.W., a minor child by and through her mother and legal guardian, Brittany C., on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

JASON WEIDA, in his official capacity as Interim Secretary for the Florida Agency for Health Care Administration,

      Defendant.

Case No. 3:21-cv-771-MMH-PDB

# O R D E R

**THIS CAUSE** is before the Court sua sponte. On February 22, 2023, counsel for Plaintiffs filed a notice advising the Court that the mediation conference in this matter was set for March 20, 2023. See Notice of Mediation (Dkt. No. 80). Accordingly, it is

**ORDERED**:

On or before **April 11, 2023**, the parties shall advise the Court as to the status of the mediation.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of April, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record