UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

W.B., a minor child by and through his father and legal guardian, David B., and A.W., a minor child by and through her mother and legal guardian, Brittany C., on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

Case No. 3:21-cv-771-MMH-PDB

JASON WEIDA, in his official capacity as Interim Secretary for the Florida Agency for Health Care Administration,

    Defendant.

_____

# O R D E R

**THIS CAUSE** is before the Court on the Joint Status Report and Motion to Extend Stay (Dkt. No. 83; Motion) filed on April 18, 2023. In the Motion, the parties request that the Court extend the stay in this matter for an additional 60 days. See generally Motion. After due consideration, it is

**ORDERED:**

1. The Joint Status Report and Motion to Extend Stay (Dkt. No. 83) is **GRANTED**.

2. This case remains **STAYED** and **ADMINISTRATIVELY CLOSED** until **June 23, 2023**.

3. No later than **June 23, 2023**, the parties shall file a joint notice advising the Court of the status of this matter.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of April, 2023.

<em>/s/ Marcia Morales Howard</em><br>
**MARCIA MORALES HOWARD**<br>
United States District Judge

ja

Copies to:

Counsel of Record