# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

W.B., by and through his father and legal guardian, DAVID B., and A.W., by and through her mother and legal guardian, Brittany C., on behalf of themselves and all other similarly situated,

    Plaintiffs,

v.

JASON WEIDA, in his official capacity as Secretary for the FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

    Defendant.
_____/

Case No.: 3:21-cv-771-MMH-PDB

## JOINT STATUS REPORT AND MOTION TO EXTEND STAY

Plaintiffs and Defendant, by and through undersigned counsel, pursuant to this Court's September 19, 2023, Order (Doc. No. 95), submit the following:

1. On January 19, 2023, the Parties submitted a Joint Motion to Stay Proceedings (Doc. No. 76), in which the Parties requested that this case be stayed for 90 days while the Florida Agency for Health Care Administration ("AHCA") engaged in rulemaking regarding a rule closely related to this matter and the Parties engaged in mediation. On January 20, 2023, the Court granted the motion, staying the case until April 20, 2023 (Doc. No. 77).

2.     The Parties participated in a full-day mediation session on March 20, 2023, which did not result in a settlement nor did the Parties impasse. The Parties subsequently participated in a second all-day mediation session on April 13, 2023, which resulted in, among other things, this Court ordering a continuation of the stay of this litigation for an additional 60 days, until June 23, 2023, while the Parties continued negotiating (Doc. No. 84). Subsequently, pursuant to the Parties' request, the Court granted additional extensions of the stay, ultimately staying the case until October 18, 2023, while the Parties engaged in settlement discussions. (Doc. No. 95).

3.     The Parties have made significant progress in their negotiations and believe that they are close to reaching final agreement. Presently, AHCA anticipates completing rulemaking of the rule related closely related to this case on or before April 1, 2024. Additionally, attendant to the completion of rulemaking, AHCA anticipates amending its Notice of Adverse Benefits Determination, and providing notice to managed care organizations and providers concerning the same. The undersigned, however, need additional time to finalize the terms of the Parties' agreement, and present the same to their respective clients for approval. As such, the Parties respectfully request an additional extension of the current stay.

4.     The Parties agree that neither Plaintiffs nor AHCA will be prejudiced by a further extension of the stay. Accordingly, the Parties respectfully request the

Court enter an order extending the stay of these proceedings until November 18, 2023, to allow the Parties an opportunity to finalize settlement negotiations. In the event settlement is reached sooner, the Parties will promptly notify the Court.

Respectfully submitted this 18th day of October, 2023.

| | |
|---|---|
| */s/Katherine DeBriere* | */s/Erik M. Figlio* |
| Katherine DeBriere | Erik M. Figlio |
| FBN: 58506 | FBN: 0745251 |
| Florida Health Justice Project | Ausley McMullen |
| 126 W. Adams Street | 123 S. Calhoun St. (23201) |
| Jacksonville, FL 32202 | P.O. Box 391 |
| debriere@floridahealthjustice.org | Tallahassee, FL  32302 |
| | rfiglio@ausley.com |
| | csullivan@ausley.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on October 18, 2023, on all counsel of record.

/s/ *Erik M. Figlio*
Erik M. Figlio