UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

W.B., a minor child by and through his father and legal guardian, David B., and A.W., a minor child by and through her mother and legal guardian, Brittany C., on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

JASON WEIDA, in his official capacity as Secretary for the Florida Agency for Health Care Administration,

    Defendant.

Case No. 3:21-cv-771-MMH-PDB

## O R D E R

**THIS CAUSE** is before the Court on the Joint Status Report and Motion to Extend Stay (Dkt. No. 96; Motion) filed on October 18, 2023. In the Motion, the parties request that the Court extend the stay in this matter while they continue settlement negotiations. See generally Motion. After due consideration, it is

**ORDERED:**

1. The Joint Status Report and Motion to Extend Stay (Dkt. No. 96) is **GRANTED**.

2. This case remains **STAYED** and **ADMINISTRATIVELY CLOSED** until **November 20, 2023**.

3. No later than **November 20, 2023**, the parties shall file a joint notice advising the Court of the status of this matter.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of October, 2023.

_____
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -