# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

W.B., a minor child by and through his father and legal guardian, David B., and A.W., a minor child by and through her mother and legal guardian, Brittany C., on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

Case No.  3:21-cv-771-MMH-PDB

JASON WEIDA, in his official capacity as Secretary for the Florida Agency for Health Care Administration,

    Defendant.

_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Stipulated Voluntary Dismissal Without Prejudice (Dkt. No. 104; Stipulation) filed on October 30, 2024.  In the Stipulation, the parties request dismissal of this matter without prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of October, 2024.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record